# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0622

VERSUS

DAVID PISANI

**AUGUST 16, 2021**

---

In Re:   David Pisani, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 769347.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT